**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00920-CV

**RODRICK SAMPLES, Appellant**

**V.**

**THE DALLAS COUNTY SPECIAL CIVIL SERVICE COMMISSION, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC12-11245**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Brown

We **GRANT** appellant's August 6, 2014 motion to change his appeal from a direct appeal to restricted appeal. This appeal will proceed as a restricted appeal.

/s/     ADA BROWN
JUSTICE